UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAIN GULLEY,

    Plaintiff,

v.

M. OAKS, *et al.*,

    Defendants.

_____/

Case No. 24-11816

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
JUNE 20, 2025 REPORT AND RECOMMENDATION [36]**

This is a pro se prisoner civil rights lawsuit filed by Plaintiff Dwain Gulley. (ECF No. 12.) The case has been referred to Magistrate Judge Anthony P. Patti for all pre-trial matters. (ECF No. 17.) Before the Court is the Magistrate Judge's report and recommendation to dismiss the matter for failure to prosecute under Federal Rule of Civil Procedure 41(b) and Eastern District of Michigan Local Rule 41.2. (ECF No. 36.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the Magistrate Judge's report and recommendation (ECF No. 36). Accordingly, this case is DISMISSED, and the two pending dispositive motions are DENIED as moot.

    SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: July 15, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2025, by electronic and/or ordinary mail.

                                          <u>s/Marlena Williams</u>
                                          Case Manager